■ SANDRA MCKENZIE, Respondent, v SHERMAN FURNITURE RENTALS, Appellant. [658 NYS2d 964] —Appeal by the defendant from an order of the Supreme Court, Dutchess County (Beisner, J.), entered September 10, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Beisner at the Supreme Court. Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.